# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA MUNIZ, et al., | Case No.: 1:19-cv-0233-LJO-JLT |
| Plaintiffs, | ORDER RECLASSIFYING CASE |
| v. | |
| CHRISTIAN PFEIFFER, et al., | |
| Defendants. | |

The events set forth in the complaint arose while the decedent was in custody and it raises claims related to his conditions of confinement. In addition, the defendants in this action include the warden of the prison and individuals employed by the State of California.

Therefore, the Court **ORDERS** the matter reclassified as a "prisoner action." Despite this, the requirements of Local Rules 230(l), 240(c)(8) and 271(a)(2) **SHALL NOT** apply.

IT IS SO ORDERED.

Dated: **March 25, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE