# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA MUNIZ, et al., | Case No.: 1:19-cv-0233 LJO JLT |
| Plaintiffs, | ORDER EXTENDING TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING TO THE SECOND AMENDED COMPLAINT |
| v. | |
| C. PFEIFFER, et al., | (Doc. 28) |
| Defendants. | |

On October 27, 2019, the parties stipulated for an extension of twenty-one days for the defendants to file a responsive pleading to the Second Amended Complaint. (Doc. 28) The parties report the extension is intended "[t]o allow time for Plaintiff to serve the newly named defendants, and to avoid duplicate, piece-meal responsive pleadings." (*Id.* at 2) Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** that the defendants shall file a responsive pleading on or before **November 26, 2019**.

IT IS SO ORDERED.

Dated: __October 22, 2019__          __/s/ Jennifer L. Thurston__
UNITED STATES MAGISTRATE JUDGE