UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CELINA MUNIZ, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**C. PFEIFFER, et al.,**<br><br>Defendants. | Case No.: 1:19-cv-00233-LJO-JLT<br><br>**ORDERCLOSING THE CASE AS TO THE SECOND, FOURTH & FIFTH CAUSES OF ACTION AND AS TO DEFENDANT R. DIAZ**<br><br>(Doc. 30) |

The parties have stipulated to portions of the case and defendant R. Diaz being dismissed with prejudice. (Doc. 30) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Accordingly, the Court **ORDERS**:

1. The action is CLOSED as to the second, fourth, and fifth causes of action set forth in Second Amended Complaint (ECF No. 25);

2. The action is CLOSED as to defendant R. Diaz;

3. Defendants C. Pfeiffer, D. Goss, J. Custer, M. Faulkner, J. Fitzpatrick, A. Diaz-Albarran, and R. Calderon SHALL file their answer to the remaining causes of action in the Second Amended Complaint (first, third, sixth, and seventh causes of action) within seven days.

///

///

4. Clerk of Court is DIRECTED to close this action as to defendant R. Diaz and as to the second, fourth, and fifth causes of action.

IT IS SO ORDERED.

Dated: **December 2, 2019**  **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE