# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CELINA MUNIZ, et al.,** <br> Plaintiffs, <br> v. <br> **C. PFEIFFER, et al.,** <br> Defendants. | Case No.: 1:19-cv-00233 NONE JLT <br><br> **ORDER STAYING THE ACTION** |

Based upon the joint motion of the parties, and good cause shown, all proceedings in this matter are hereby stayed pending resolution of the ongoing COVID-19 crisis. All future deadlines set forth in the Scheduling Order (ECF No. 34) are hereby VACATE.

**No later than 30 days from the date of this order and every 30 days thereafter**, the parties shall file a joint status report to address the need to continue the stay, including the status of their working conditions and ability to conduct discovery or otherwise litigate this case.

IT IS SO ORDERED.

   Dated: **March 23, 2020**             /s/ Jennifer L. Thurston
                                                                                     UNITED STATES MAGISTRATE JUDGE