UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CELINA MUNIZ, et al.,**<br><br>                              Plaintiffs,<br><br>          v.<br><br>**C. PFEIFFER, et al.,**<br><br>                              Defendants. | Case No.: 1:19-cv-00233 NONE JLT<br><br>**ORDER LIFTING THE STAY AND SETTING THE MANDATORY SCHEDULING CONFERENCE** |

Based upon the joint motion of the parties, the Court **ORDERS**:

1. The stay is **LIFTED**;

2. The Court sets a further scheduling conference on July 12, 2021 at 9:00 a.m. The parties SHALL file a joint scheduling report no later than July 6, 2021.

IT IS SO ORDERED.

   Dated:  **June 3, 2021**                      _ /s/ Jennifer L. Thurston
                                              CHIEF UNITED STATES MAGISTRATE JUDGE