# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA MUNIZ,<br><br>            Plaintiff,<br><br>    v.<br><br>PFEIFFER, et al.,<br><br>            Defendants. | **1:19-cv-00233-JLT-BAK (GSA) - PC**<br><br>**ORDER VACATING IN-COURT HEARINGS ON NON-DISPOSITIVE AND DISPOSITIVE MOTIONS** |

On January 6, 2022, due to the elevation of Bakersfield Magistrate Judge Jennifer L. Thurston to District Judge, the court issued an order temporarily referring this case to Magistrate Judge Gary S. Austin until such time as a new Bakersfield magistrate judge is appointed. (ECF No. 66.)

In the court's scheduling order issued on July 9, 2021, dates were set for in-court hearings on non-dispositive motions to be heard on or before July 15, 2022; and in-court hearings on dispositive motions to be heard on or before September 13, 2022. (ECF No. 62 at 3:9, 4:3.) Judge Austin does not hold in-court, remote, or telephonic hearings in Bivens or prisoner civil rights cases. Therefore, the July 15, 2022 and September 13, 2022 dates shall be vacated. The court shall issue orders as needed to resolve motions filed by the parties in this case.

Accordingly, based on the foregoing, **IT IS HEREBY ORDERED** that:

1. The in-court hearings scheduled in the court's July 9, 2021 scheduling order, <u>to be heard on or before July 15, 2022</u> for non-dispositive motions, and <u>to be heard on or before September 13, 2022</u> for dispositive motions are VACATED from the court's calendar;

2. The court shall issue orders as needed to resolve motions and to schedule dates and deadlines for the parties in this case; and

3. All motions in this case shall be submitted upon the record without oral argument unless otherwise ordered by the Court, and such motions need not be noticed on the motion calendar.

IT IS SO ORDERED.

    Dated: __**January 27, 2022**__            _____**/s/ Gary S. Austin**_____
                                                                          UNITED STATES MAGISTRATE JUDGE