# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA MUNIZ,<br><br>            Plaintiff,<br><br>      v.<br><br>PFEIFFER, et al.,<br><br>            Defendants. | **1:19-cv-00233-JLT-BAK (GSA) – PC**<br><br>**ORDER GIVING FULL EFFECT TO STIPULATION FOR PROTECTIVE ORDER**<br><br>**(ECF No. 72.)** |

Celina Muniz ("Plaintiff") is proceeding with counsel in this wrongful death/civil rights action against employees of the California Department of Corrections and Rehabilitation.

On June 13, 2022, the parties to this case filed a stipulation for a protective order signed by counsel for Plaintiffs and counsel for Defendants. (ECF No. 71.) The Court has reviewed the parties' stipulation and finds good cause to approve it.

Accordingly, **IT IS HEREBY ORDERED** that the parties' stipulation for a protective order, filed on June 13, 2022, is approved and given full force and effect as of the date it was filed.

IT IS SO ORDERED.

Dated:    **June 14, 2022**             **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE