IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA MUNIZ, et al.,<br><br>                              Plaintiffs,<br><br>                    v.<br><br>C. PFEIFFER, et al.,<br><br>                              Defendants. | CASE NO.  1:19-CV-00233-JLT-CDB<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN THE PARTIES' STIPULATION<br><br>Doc. 86 |

Pursuant to Local Rule 141(b) and based upon the representations contained in the parties' stipulated request to seal, IT IS HEREBY ORDERED that Exhibits A, B, C, and D as designated by counsel for the Plaintiffs in support of Plaintiffs' Opposition to Defendant's Motion for Summary Judgment, shall be SEALED until further order of this Court.  (Doc. 86, p. 2).

It is FURTHER ORDERED that Plaintiffs' unredacted Opposition to Defendants' Motion for Summary Judgment as well as the unredacted Response to Defendants' statement of facts ("the unredacted motions") be SEALED until further order of this Court.

The Court has considered the factors set forth in *Oregonian Publ'g Co. v. U.S. Dist. Court for Dist. of Or.*, 920 F.2d 1462 (9th Cir. 1990).  The Court finds that, for the reasons stated in the parties' stipulated request, sealing the unredacted motions as well as Exhibits A, B, C, and D serves a compelling interest.  The Court further finds that, in the absence of closure, the compelling interests identified by the parties would be harmed.  In light of the public filing of the parties' Stipulation to

Lodge Under Seal (Doc. 86), the Court further finds that there are no additional alternatives to sealing the unredacted motions, as well as Exhibits A, B, C, and D that would adequately protect the compelling interests identified by the parties.

ACCORDINGLY, the parties' stipulated request to file these documents under seal is GRANTED. No later than December 2, 2022, the Plaintiffs SHALL submit the parties' Request to Seal and the documents to be sealed by email to ApprovedSealed@caed.uscourts.gov.

IT IS SO ORDERED.

Dated: **November 30, 2022**     _____
                                  UNITED STATES MAGISTRATE JUDGE