| | |
|---|---|
| Rob Bonta<br>Attorney General of California<br>Jay M. Goldman<br>Supervising Deputy Attorney General<br>Ryan T. Gille, State Bar No. 262105<br>Deputy Attorney General<br>  455 Golden Gate Avenue, Suite 11000<br>  San Francisco, CA  94102-7004<br>  Telephone:  (415) 510-4454<br>  Fax:  (415) 703-5843<br>  E-mail:  Ryan.Gille@doj.ca.gov<br>*Attorneys for Defendants R. Calderon, J. Custer, R. Diaz, A. Diaz-Albarran, M. Faulkner, J. Fitzpatrick, D. Goss, M. Jones, and C. Pfeiffer* | Alexis Galindo, State Bar No. 136643<br>Curd, Galindo & Smith, L.L.P.<br>  301 East Ocean Boulevard, Suite 1700<br>  Long Beach, CA 90802<br>  Telephone: (562) 624-1177<br>  Facsimile: (562) 624-1178<br>  E-mail: agalindo@cgsattys.com<br>*Attorneys for Plaintiffs Celina Muniz Individually; Daniel Muniz, by and through his Successor-in-Interest, Celina Muniz* |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELINA MUNIZ, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>C. PFEIFFER, et al.,<br><br>                    Defendants. | 1:19-cv-00233 JLT-GSA<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE**<br><br>**Action Filed:**       **February 5, 2019** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective counsel of record, as follows:

1. This litigation involves a wrongful death/civil rights action against employees of the California Department of Corrections and Rehabilitation.  After various motions, the matter became at issue on December 10, 2019.  (ECF 36.) Shortly thereafter, a stay was issued on March 23, 2020 (ECF 40).  The stay was lifted on June 3, 2021 (ECF 59) and discovery commenced, but delayed due to the continuance of the pandemic.

2. Defendants filed their motion for summary judgment on November 8, 2022 and the matter was fully briefed on December 9, 2022.  (ECF 79, 88, and 94.)

3.       On January 4, 2023, the Court set this case for trial on April 11, 2023 (ECF 96) and the parties' pre-trial conference is scheduled for February 13, 2023.  (ECF 95.)

4.       On January 13, 2023, the Court issued Findings and Recommendations that Defendants' motion for summary judgment be granted in its entirety.  (ECF 97.)

5.       Plaintiffs have 14 days to file objections to the Findings and Recommendations.  (*Id.*)  Plaintiffs intend on doing so and Defendants will have 14 days to respond.  (Fed.R.Civ.P. 72(b)(2).)

6.       If the District Court adopts the magistrate judge's Findings and Recommendations, then the pre-trial conference and trial will be moot.  In an effort to avoid potentially unnecessary legal fees, the parties hereby stipulate to take the current pre-trial conference and trial date off-calendar, to be rescheduled following the District Court's ruling on the magistrate judge's Findings and Recommendations.

IT IS SO STIPULATED.

Dated:  January 19, 2023					Respectfully submitted,

								ROB BONTA
								Attorney General of California
								JAY M. GOLDMAN
								Supervising Deputy Attorney General

								*/s/ Ryan T. Gille*
								RYAN T. GILLE
								Deputy Attorney General
								*Attorneys for Defendants R. Calderon,*
								*J. Custer, R. Diaz, A. Diaz-Albarran,*
								*M. Faulkner, J. Fitzpatrick, D. Goss,*
								*M. Jones, and C. Pfeiffer*

Dated: January 19, 2023					CURD, GALINDO & SMITH, LLP

								*/S/ ALEX GALINDO*
								ALEX GALINDO
								*Attorneys for Plaintiff Celina Muniz,*
								*Individually, and Daniel Muniz, by and through*
								*his Successor in Interest, Celina Muniz*

**ORDER**

To avoid potentially unnecessary legal fees and conserve judicial and party resources, the parties' stipulation to take the current pre-trial conference and trial date off-calendar is GRANTED. If appropriate, the Court will re-schedule the case following its ruling on the pending Findings and Recommendations,

IT IS SO ORDERED.

Dated:   **January 20, 2023**                                 _/s/ Jennifer L. Thurston_
                                                                              UNITED STATES DISTRICT JUDGE